IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KARONN L. SKINNER,**

    **Plaintiff,**

vs.                                                 **CASE NO. 5:11-cv-36/RS-GRJ**

**WARDEN WHITEHURST, et al.,**

    **Defendants.**

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 9). Plaintiff has not responded.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Second Amend Complaint (Doc. 8) is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2) for failure to state a claim for which relief can be granted.

3. The clerk is directed to enter judgment in favor of Defendant and close the file.

**ORDERED** on November 2, 2011.

                                                /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**